UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff<br><br>vs.<br><br>Gabriel Rogel Douglas, et al.<br><br>Defendant(s) | CRIMINAL NO. 08mj0624<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 07391348 |

**CATHY ANN BENCIVENGO**

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

Diana Tlapttotoli-Zacarias

DATED: 3-13-08

---
CATHY ANN BENCIVENGO
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                      DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by /s/ Herman
Deputy Clerk